# United States District Court
# Central District of California

| | |
|---|---|
| HECTOR ZAMORA and HORACIO ZAMORA, <br><br> Plaintiffs, <br><br> v. <br><br> ZUNI SOLAR, LLC and DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:16-cv-1260-ODW (KS) <br><br> **ORDER TO SHOW CAUSE RE: PENDING LITIGATION** |

The Court hereby **ORDERS** Defendant Zuni Solar to provide the Court with all information, including filed pleadings, regarding any current litigation against Zuni's contractor(s) **by May 23, 2016**.

Furthermore, the Court **ORDERS** both parties **TO SHOW CAUSE**, in writing, **by May 23, 2016**, why this case should (or should not) be stayed pending resolution of the contractor litigation.

**IT IS SO ORDERED.**

May 12, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**